Susan St. Vincent
Yosemite Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARMAND MIGUEL TONEY,<br><br>Defendant. | DOCKET NO. 6:15-mj-0065-MJS<br><br>**AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |

I, Matthew McNease, Acting Legal Officer for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

I am the acting legal officer in Yosemite National Park and serve as the prosecutor for misdemeanor matters arising in the park. I have been so employed for four years.

In the normal course of my duties, I and other individuals acting in a similar capacity, in my office regularly conduct probation status reviews for defendants on court probation with the District Court in Yosemite.

In the normal course of my duties, I learned that defendant Armand Miguel TONEY has failed to pay the statutory assessment or obtain his driver's license.

As the legal officer, I am aware that Armand Miguel TONEY, was charged in a

1

1  three count complaint filed on August 11, 2015. The complaint alleged that on July 16,
2  2015, in Yosemite National Park TONEY: Count 1: possessed a controlled substance;
3  Count 2: drove a motor vehicle while his license was suspended, and with knowledge of
4  the suspension, in violation of Title 36 Code of Federal Regulations § 4.2, incorporating
5  California Vehicle Code § 14601.1(a), and Count 3: possessed a baton, in violation of
6  Title 18 United States Code § 13 assimilating California Penal Code § 22210.

7       On August 19, 2015, TONEY plead guilty to Count 2: drove a motor vehicle while
8  his license was suspended, and with knowledge of the suspension, in violation of Title
9  36 Code of Federal Regulations § 4.2, incorporating California Vehicle Code §
10  14601.1(a), and was sentenced to unsupervised probation for a period of 12 months, to
11  pay a $10 statutory assessment forthwith; to obtain and maintain a driver's license, obey
12  all laws, and to notify the court and government officer of any new violations. The Court
13  set a review hearing for June 28, 2016 at 10:00 AM, and ordered TONEY to be
14  personally present if he had violated any of the terms of his probation.

15       The government alleges TONEY has violated the following condition(s) of his
16  unsupervised probation:

17       <u>CHARGE ONE</u>:    FAILURE TO PAY STATUTORY ASSESSMENT
18       TONEY was ordered to pay a $10 statutory assessment forthwith. To date,
19  TONEY has failed to pay the $10.

20       <u>CHARGE TWO</u>:    FAILURE TO OBTAIN DRIVER'S LICENSE
21       TONEY was ordered to obtain his driver's license and maintain the license. A run
22  of TONEY's DMV history on June 1, 2016 showed his license status as "None Issued."

23       I declare under penalty of perjury the information which I have set forth above and
24  on the face of this Affidavit of Alleged Probation(s) is true to the best of my knowledge.

25

26  6/15/2016
    Date                                                          Matthew McNease
27                                                                Acting Legal Officer
28                                                               Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

6/15/16
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California

3