HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ARMAND TONEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6:15-mj-0065-MJS |
| Plaintiff, | ) ) | **MOTION TO VACATE FEBRUARY 28, 2017 REVIEW HEARING; ORDER** |
| vs. | ) ) | |
| ARMAND TONEY, | ) ) | |
| Defendant. | ) ) | |

Defendant Armand Toney hereby requests that the Court vacate the February 28, 2017 review hearing.

On August 19, 2015, the Court sentenced Mr. Toney to twelve months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law. He was also ordered to pay a penalty assessment of $10.00, forfeit the baton confiscated at the time of his arrest, and obtain and maintain his driver's license. On June 20, 2016, the Government filed an Affidavit of Alleged Probation Violation alleging that Mr. Toney had failed to pay the assessment and failed to obtain a driver's license. On November 3, 2016, the Court extended Mr. Toney's probation until March 31, 2017, with the same conditions as originally imposed. A further review hearing was set for February 28, 2017, and the Government agreed to withdraw the Affidavit of Alleged Probation Violation if all conditions of probation were met prior to the

hearing date.

Mr. Toney has paid his $10.00 penalty assessment, and has obtained his California driver's license. Accordingly, Mr. Toney has complied with all conditions of his probation.

The government is in agreement with this request.

                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date: February 24, 2017                  */s/ Reed Grantham*
                                        REED GRANTHAM
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ARMAND TONEY

**O R D E R**

Based on the parties' joint representation that Mr. Toney is in compliance with the conditions of his probation, the Court vacates the review hearing scheduled for February 28, 2017, at 10:00 a.m. in Case No. 6:15-mj-0065-MJS.

IT IS SO ORDERED.

Dated:  February 24, 2017                     /s/ *Michael J. Seng*
                                                        UNITED STATES MAGISTRATE JUDGE